IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.   20-mc-00047-SKC

IN RE: 11.0330 BITCOIN, 200.4523 ETHEREUM, 6655.1744 0X ZRX, 252.5629 LITECOIN, 200.9088 BITCOIN CASH, and 813.5075 ETHEREUM CLASSIC

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE COMPLAINT FOR FORFEITURE**

The United States, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, as authorized by 18 U.S.C. § 983(a)(3)(A)-(C) moves the Court forthwith to extend the time in which the United States is required to file a civil or criminal forfeiture action from March 22, 2020 to April 21, 2020.  The property subject to potential forfeiture consists of 11.0330 Bitcoin, 200.4523 Ethereum, 6655.1744 0x ZRX, 252.5629 Litecoin, 200.9088 Bitcoin Cash, and 813.5075 Ethereum Classic.

In support of this Motion, the United States represents to the Court as follows:

1. The subject properties were seized as proceeds or facilitating property related to illegal drug distribution and/or property involved in money laundering.

2. The United States Customs and Border Protection ("CBP") initiated administrative forfeiture proceedings against the seized properties, and administrative claims were filed on December 23, 2019, by Mr. Mark Weinhaus for the subject properties.

1

3. The case was referred by CBP to the United States Attorney's Office in the District of Colorado on March 9, 2020, to initiate a forfeiture action.

4. Under 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause, or upon agreement of the parties, the United States is required to file a civil complaint for forfeiture against the subject properties or obtain an indictment alleging that the properties are subject to forfeiture no later than March 22, 2020. If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

5. Last week, undersigned counsel was contacted, via telephone, by Steven Jumes, *Esq*. who is representing Mr. Mark Weinhaus related to the referred forfeiture action. As part of the conversation, the parties are in the process of discussing resolution. Based on the date of referral to the United States Attorney's Office and due to the potential for resolving the matter without litigation, the United States and potential claimant Mr. Mark Weinhaus, through counsel Mr. Jumes, have agreed to extend the time within which the United States must file a forfeiture action pursuant to 18 U.S.C. § 983(a)(3)(A)-(C) for 30 days to April 21, 2020.

6. Pursuant to D.C.COLO.LCivR 7.1, the undersigned has spoken with Mr. Jumes who is in concurrence with the 30-day extension.

WHEREFORE, the United States, with the agreement of potential claimant's counsel, respectfully moves this Court forthwith to extend the period within which the

United States is required to file a forfeiture action against the subject property until April 21, 2020.

DATED this 16th day of March 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, and I hereby certify that I have mailed the same to the following:

Mr. Steven Jumes
The Law Office of Steven Jumes
5740 Boat Club Road
Fort Worth, TX 76179

s/ *Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney