IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.   20-mc-00047-SKC

IN RE: 11.0330 BITCOIN, 200.4523 ETHEREUM, 6655.1744 0X ZRX, 252.5629 LITECOIN, 200.9088 BITCOIN CASH, and 813.5075 ETHEREUM CLASSIC

---

### ORDER EXTENDING UNITED STATES' TIME TO FILE COMPLAINT FOR FORFEITURE

---

The United States, pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), has shown the Court that good cause exists, and upon agreement of the parties, to extend the time from March 22, 2020 to April 21, 2020, in which the United States is required to file a forfeiture action against the subject property.

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file an action for forfeiture against the

subject property is extended to April 21, 2020.

SO ORDERED this _____ day of _____2020.

BY THE COURT:

_____
United States District Court/ Magistrate Judge