IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.  20-mc-00047-SKC

IN RE: 11.0330 BITCOIN, 200.4523 ETHEREUM, 6655.1744 0X ZRX, 252.5629 LITECOIN, 200.9088 BITCOIN CASH, and 813.5075 ETHEREUM CLASSIC

## UNITED STATES STATUS REPORT

COMES NOW the United States (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and pursuant to the Court's Order dated April 25, 2023, hereby files a status report stating the following:

1. On March 16, 2020, the United States filed an Unopposed Motion for Extension of Time to File Complaint for Forfeiture. (Doc. 1).  On March 17, 2020, the Court granted this Motion. (Doc. 2).

2. On January 28, 2021, the parties reached an administrative settlement as to the above-listed assets in lieu of filing a civil forfeiture case.

3. Accordingly, this case can now be closed as all claims and issues have been resolved as it relates to the above-listed assets.

DATED this 26th day of April 2023.

                                        Respectfully submitted,

                                        COLE FINEGAN
                                        United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2023, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, and I hereby certify that I have mailed the same to the following:

Mr. Steven Jumes
The Law Office of Steven Jumes
5740 Boat Club Road
Fort Worth, TX 76179
E-mail: steve@jumeslaw.com
*Attorney for Claimant Mark Weinhaus*

s/ *Charisha Cruz*
Paralegal Specialist
Office of the U.S. Attorney

3